# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TERESA RAMOS

VERSUS

LISA LONGMIRE

    CONSOLIDATED WITH

LISA LONGMIRE

VERSUS

SHANE BRAY

NO.  2022 CW 0963

JULY 26, 2023

---

In Re:    Lisa Longmire, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 712052 c/w 712106.

---

BEFORE:    WELCH, PENZATO, AND LANIER, JJ.

    **REFERRAL TO APPEAL RECALLED; WRIT DISMISSED.** A judgment that imposes sanctions pursuant to La. Code Civ. P. arts. 191, 863, 864 or Louisiana Code of Evidence article 510(G) is a final judgment for purposes of appeal. See La. Code Civ. P. art. 1915(A)(6). **Buxton v. Buxton,** 2010-2182 (La. App. 1st Cir. 3/28/12), 2012 WL 1070012, *2 n.2 (unpublished). After filing the instant writ application, Relator, Lisa Longmire, filed a devolutive appeal from the judgment at issue herein. Pursuant to a judgment signed on May 25, 2023, Relator's appeal was dismissed for failure to pay estimated appeal costs. Accordingly, the referral of this writ application to the appeal panel is recalled and this writ application is dismissed.

                  **JEW**
                  **AHP**
                  **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT